# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Mario Francisco Ramirez,
   Plaintiff

V.

Innovative Contracting Services, Inc. et al,
   Defendants

CIVIL ACTION

NO. 1:19-cv-11179-PBS

## SETTLEMENT ORDER OF DISMISSAL

<u>SARIS, Chief Judge</u>

    The Court having been advised on September 24, 2019, by the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

By the Court,

<u>September 25, 2019</u>
    Date

<u>/s/   Miguel A. Lara</u>
Deputy Clerk